IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION



```
ERNESTO A. REYES,              )
                               )
       Plaintiff,              )
                               )
v.                             )    CV 116-116
                               )
JOHNSON STATE PRISON, and      )
JENKINS CCA,                   )
                               )
       Defendants.             )
```

# ORDER

*Pro se* Plaintiff Ernest A. Reyes seeks to proceed *in forma pauperis* in the above-captioned case. (Doc. no. 2.) While Plaintiff is now incarcerated at the Washington State Prison in Davisboro, Georgia, located in Washington County in the Middle District of Georgia, the events that comprise the basis of his complaint occurred in Johnson County, Georgia, within the Dublin Divsion of the Southern District of Georgia. (See generally doc. no. 1.)

Thus, it appears that this case properly belongs in the Dublin Division of the Southern District of Georgia. Accordingly, the case is hereby **TRANSFERRED** to the Dublin Division and is assigned Civil Action Number CV316-063. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 1130,

Augusta, Georgia 30903.

SO ORDERED this 4th day of August, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2